IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:12-CR-00068-M
Case No. 7:23-CR-00039-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS TERRELL BURNEY,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed motion to continue the revocation hearing [DE 163]. Defendant has filed motions to dismiss and to suppress in the related case, 7:23-CR-00039-M. For good cause shown, Defendant's motion is GRANTED as follows. Defendant's arraignment in 7:23-CR-00039-M and his revocation hearing in 7:12-CR-00068-M are continued, pending resolution of Defendant's pretrial motions.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 18th day of October, 2023.

/s/ Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE