IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CR-00039-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                                          ORDER

MARCUS TERRELL BURNEY,

     Defendant.

This matter comes before the court on Defendant Marcus Terrell Burney's ("Burney")

Motion to Suppress [DE 21]. The court will hold an evidentiary hearing on the motion on

Thursday, **November 2, 2023, at 10:00 a.m.** in Courtroom 160, Wilmington.

SO ORDERED this __20th__ day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE