IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CR-00039-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS TERRELL BURNEY,

    Defendant.

ORDER

This matter comes before the court on Defendant's letter dated January 14, 2025, construed by the court as a pro se motion to compel the United States to produce certain documents, which appear to be related to Defendant's pending motion to suppress. DE 71. The court has previously informed Defendant that because he is represented by counsel, the court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Accordingly, the motion is DENIED WITHOUT PREJUDICE to defense counsel's ability to re-file the motion, if so desired.

SO ORDERED this 21st day of January, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE