IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-CR-00039-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| MARCUS TERRELL BURNEY, | |
| Defendant. | |

This matter comes before the court on Defendant's letter dated March 6, 2025, and filed pro se on March 10, 2025, in which Defendant asks the court to reconsider its order on Defendant's second motion to suppress. DE 83. After a full evidentiary hearing on February 3, 2025, and supplemental briefing by both parties, the court issued its order denying the motion on February 26, 2025. DE 78.

To the extent that the present letter may be construed as a motion, the court, for the fourth time, reminds Defendant that because he is represented by counsel, the court is under no obligation to consider motions or other documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). Accordingly, such motion is DENIED WITHOUT PREJUDICE to defense counsel's ability to re-file a request for relief, if so desired.

SO ORDERED this 11th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE